T. J. McRae, P. P. Bishop and H. G. Dunn, Plaintiffs in Error, vs. Samuel Eckman and Abram Vetsburg, partners under the firm name of Eckman & Vetsburg, *et al.,* Defendants in Error.

Writ of error to Circuit Court, Pasco county; Barron Phillips, Judge.

Henderson & Raney and E. P. Allen, for Plaintiffs in Error.

Sparkman & Sparkman, for Defendants in Error.

This was a motion by the plaintiffs in error to quash the writ of execution issued against them in the claim bond proceedings in the several suits of Eckman & Vetsburg *et al.* against John T. McMichael, wherein they were claimant and sureties respectively.   There was judgment for the defendants, and the plaintiffs take writ of error.

Writ of error dismissed for failure to prosecute.

---

Charles Marvin, Chairman of the Board of County Commissioners of Duval County, and Francis P. Flem-